# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE HERNANDEZ GEDDES**,
Appellant,

v.

**CRICKET CLUB TOWNHOMES HOMEOWNERS ASSOCIATION, INC.**
Appellee.

No. 4D22-50

[September 8, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE20010785.

Bruce Hernandez Geddes, Lauderhill, pro se.

Steven B. Katz of SBK Legal, Lauderhill, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***